ATTACHMENT A

| | Name | Account | Seized Amount |
|---|---|---|---|
| 1 | 365 WELLNESS LLC | REDACTED 1159 | $81,845.01 |
| 2 | 5 STAR NUTRITION LLC | REDACTED 1314 | $28,093.59 |
| 3 | AMERICAN LIFESTYLE GROUP LLC | REDACTED 8050 | $1,089,032.37 |
| 4 | ANADAM LLC | REDACTED 6517 | $32,094.09 |
| 5 | AQUALINA SKIN | REDACTED 5443 | $34,537.22 |
| 6 | ARCHER LIMITED LLC C/O SATURN MANAGEMENT | REDACTED 2493 | $7,710.29 |
| 7 | ARCTURAS AVE LLC | REDACTED 5289 | $5,537.56 |
| 8 | ARM HEALTH LLC | REDACTED 0353 | $30,110.39 |
| 9 | AVGI LIMITED LLC C/O SATURN MANAGEMENT | REDACTED 4114 | $2,670.98 |
| 10 | AXIS MEDIA LLC | REDACTED 4980 | $45,490.71 |
| 11 | BAFFIN LIMITED LLC | REDACTED 2354 | $14,565.89 |
| 12 | BEFIT WELLNES LLC | REDACTED 8796 | $24,990.81 |
| 13 | BIOLIFE MEDICA LLC | REDACTED 2759 | $300,158.75 |
| 14 | BJZ BRONX, LL | REDACTED 2991 | $6,449.88 |
| 15 | BLACK MARBLE MEDIA LLC | REDACTED 5650 | $21,774.86 |
| 16 | BLACK SHADE INTERACTIVE LLC | REDACTED 7386 | $32,507.61 |
| 17 | BLUE METAL MEDIA LLC | REDACTED 7356 | $22,237.10 |
| 18 | BLUE STAR MEDIA LLC | REDACTED 3444 | $15,625.78 |
| 19 | BLUESHADE NUTRITION LLC | REDACTED 0939 | $24,965.71 |
| 20 | BODY MIND MEDIA LLC | REDACTED 3054 | $25,227.14 |
| 21 | BONNE VIE SOLUTIONS INC | REDACTED 4442 | $4,081.48 |
| 22 | BRECS JAX LLC | REDACTED 4879 | $4,568.37 |
| 23 | CAMDON MEDIA | REDACTED 2435 | $5,541.50 |
| 24 | CELESE LLC | REDACTED 4607 | $3,296.42 |
| 25 | CELMAC ENTERPRISES LLC | REDACTED 1944 | $39,248.35 |
| 26 | CENTURION LABS, LLC | REDACTED 2452 | $2,905.44 |
| 27 | CIERA ENTERPRISES LLC CO/ SATURN MANAGEMENT | REDACTED 2448 | $12,768.61 |
| 28 | CJ WELLNESS LLC | REDACTED 4051 | $47,989.79 |
| 29 | COALA MOUNTAIN ENTERPRISES LLC C/O SATURN MANAGEMENT | REDACTED 4127 | $6,876.87 |
| 30 | COLLADO SUPPLEMENTS LLC | REDACTED 7474 | $46,976.20 |
| 31 | CRYSTAL NUTRITION LLC | REDACTED 6920 | $13,468.71 |
| 32 | CYM HOLDINGS LLC | REDACTED 5701 | $3,786.52 |
| 33 | DEJA HEALTH LLC | REDACTED 2625 | $1,496.76 |
| 34 | DIANA C GARCIA / DIANA E PEREZ | REDACTED 7682 | $1,132.76 |
| 35 | DIFID ENTERPRISES LLC C/O SATURN MANGEMENT | REDACTED 2419 | $7,349.56 |
| 36 | DIGITAL RAINBOW MEDIA, LLC | REDACTED 4434 | $13,800.75 |
| 37 | DOMINIC MADRID AND ASSOCIATES LLC | REDACTED 9133 | $5,260.21 |
| 38 | DOVER LABS LLC C/O RIGPA MANAGEMENT | REDACTED 3831 | $39,702.00 |
| 39 | DREBEAU ENTERPRISES, LLC | REDACTED 4645 | $4,474.67 |
| 40 | DULCE COMPANY C/O SATURN MANAGEMENT | REDACTED 2341 | $5,444.15 |
| 41 | EAGLE POWER TECHNOLOGIES INC | REDACTED 3305 | $93,521.78 |
| 42 | EVELYN MADRID DULANEY (SAV) | REDACTED 1638 | $749.25 |
| 43 | FORTE SERVICING LLC | REDACTED 9977 | $16,628.81 |
| 44 | FOXYFIT LLC | REDACTED 1039 | $19,306.62 |
| 45 | FRANKIE MARKETING GROUP LLC | REDACTED 4513 | $4,481.12 |
| 46 | FRESH NUTRA GROUP LLC | REDACTED 3519 | $52,036.53 |
| 47 | GABRIELLA C GUTIERREZ (DDA) | REDACTED 7994 | $1,500.00 |
| 48 | GABRIELLA C GUTIERREZ (SAV) | REDACTED 9531 | $4,858.29 |
| 49 | GCG MEDIA INC | REDACTED 9997 | $1,272.00 |
| 50 | GEN 7 LLC | REDACTED 1237 | $29,805.50 |
| 51 | GINGER SOLUTIONS LLC | REDACTED 3405 | $13,962.79 |
| 52 | GOLD STANDARD HEALTH LLC | REDACTED 8946 | $30,308.40 |
| 53 | GOMEZ NUTRITION LLC | REDACTED 4951 | $43,498.09 |
| 54 | GREEN SUMMER MEDIA LLC | REDACTED 5727 | $8,733.76 |
| 55 | GREEN TRUTH NUTRITION LLC | REDACTED 8547 | $27,834.91 |
| 56 | HARP BAY INC | REDACTED 3418 | $156,394.39 |
| 57 | HARTWELL JORDYN | REDACTED 5406 | $4,417.01 |

| # | Name | Account | Amount |
|---|---|---|---|
| 58 | HEALTH ENVY LLC | REDACTED 8313 | $31,206.37 |
| 59 | HILO BRANDS LLC C/O RIGPA MANAGEMENT | REDACTED 3857 | $1,465.52 |
| 60 | HOLISTIC NUTRITION LLC | REDACTED 1140 | $29,366.35 |
| 61 | HPE INDUSTRIES INC | REDACTED 3260 | $40,857.63 |
| 62 | HUNTS NUTRITION LLC | REDACTED 1693 | $54,926.71 |
| 63 | HYDRA HEALTH 1 LLC | REDACTED 2927 | $39,300.85 |
| 64 | IZWAR LLC | REDACTED 1310 | $745,433.32 |
| 65 | JASMIN BALANCE INC | REDACTED 9296 | $6,791.52 |
| 66 | JJE HEALTH LLC | REDACTED 4886 | $57,280.49 |
| 67 | KERBE PRODUCTIONS INC (DDA) | REDACTED 2150 | $1,621.69 |
| 68 | KEVIN ROBERT STARK (DDA) | REDACTED 4956 | $6,921.91 |
| 69 | KJ PRODUCTS LLC | REDACTED 4644 | $41,124.60 |
| 70 | KT COMMERCE LLC (DDA) | REDACTED 1460 | $28,628.58 |
| 71 | LAG MEDIA LLC C/O SATURN MANAGEMENT | REDACTED 4473 | $11,924.35 |
| 72 | LAPATSOX LLC | REDACTED 5165 | $16,959.56 |
| 73 | LEWIS ALEX | REDACTED 5595 | $7,950.86 |
| 74 | LIFE ESSENTIALS USA LLC | REDACTED 3391 | $16,659.56 |
| 75 | LIQUID HEALTH 360 LLC | REDACTED 5109 | $36,424.97 |
| 76 | LUCIA MEDIA LLC | REDACTED 4253 | $19,480.79 |
| 77 | LUIS E VARGAS LOPEZ / CHRISTINA GUERRA | REDACTED 8711 | $2,406.64 |
| 78 | LYNUTRA LLC | REDACTED 7241 | $42,796.79 |
| 79 | M2 HEALTH LLC | REDACTED 1888 | $14,966.77 |
| 80 | MARK HANSON & CO LLC | REDACTED 7514 | $7,876.24 |
| 81 | MAYA RICH & CO LLC | REDACTED 0154 | $1,711.16 |
| 82 | MELAINE E MAHONEY (SAV) | REDACTED 4870 | $7,971.17 |
| 83 | MELAINE E MAHONEY (SAV) | REDACTED 8421 | $2,201.18 |
| 84 | MENDOZA COSMETICS LLC | REDACTED 0418 | $19,241.51 |
| 85 | MF FITNESS LLC | REDACTED 2909 | $41,743.39 |
| 86 | MHF ONLINE LLC | REDACTED 8296 | $10,364.81 |
| 87 | MISI NUTRITION LLC | REDACTED 1855 | $52,065.09 |
| 88 | NATURE SELECT NUTRITION LLC | REDACTED 9943 | $17,085.73 |
| 89 | NEURO ADVANTAGE LLC | REDACTED 8519 | $1,892.91 |
| 90 | NUTRA CLOUD LLC | REDACTED 6878 | $30,225.22 |
| 91 | NUTRA HEALTHCARE LLC | REDACTED 3868 | $2,090.78 |
| 92 | NY FOCUS ENT LLC | REDACTED 1745 | $3,032.72 |
| 93 | OAHU ADVERTISING | REDACTED 8161 | $44,256.02 |
| 94 | OMAN MEDIA LLC C/O SATURN MANAGEMENT | REDACTED 2516 | $21,901.78 |
| 95 | OPPLAND LABS LLC C/O RIGPA MANAGEMENT | REDACTED 3909 | $2,953.32 |
| 96 | ORANGE BLOSSOM MEDIA LLC | REDACTED 9759 | $29,117.11 |
| 97 | ORANGE SUN MEDIA LLC | REDACTED 4296 | $10,225.64 |
| 98 | PAPADOC INC | REDACTED 4455 | $4,979.83 |
| 99 | PAPOUA MEDIA LLC C/O SATURN MANGEMENT | REDACTED 2422 | $20,669.13 |
| 100 | PINK SUMMER COSMETICS LLC | REDACTED 3379 | $3,157.87 |
| 101 | PREMIERE HEALTH PRODUCTS LLC | REDACTED 1071 | $3,576.99 |
| 102 | PULSE5 MEDIA LLC | REDACTED 8067 | $4,903.22 |
| 103 | PURE WELLNESS LLC | REDACTED 3250 | $39,124.01 |
| 104 | RED CIRCLE MEDIA LLC | REDACTED 0264 | $9,416.28 |
| 105 | REGINIX NUTRA LLC | REDACTED 8872 | $41,101.07 |
| 106 | REJUVENATION SKY LLC | REDACTED 0577 | $1,000.00 |
| 107 | REVIVE NUTRA LLC | REDACTED 3398 | $5,693.06 |
| 108 | RIGPA MANAGEMENT | REDACTED 7804 | $35.00 |
| 109 | SILVER STAR MEDIA LLC | REDACTED 9393 | $23,627.61 |
| 110 | SJ HEALTH LLC | REDACTED 7811 | $51,227.13 |
| 111 | SKIN SCIENTIFIC LLC | REDACTED 9958 | $10,996.03 |
| 112 | SKIN SCIENTIFIC LLC | REDACTED 5170 | $3,823.20 |
| 113 | SLADE NUTRITION LLC | REDACTED 6369 | $14,382.12 |
| 114 | SOLAMON MEDIA LLC | REDACTED 4101 | $14,902.02 |
| 115 | SPIN87 LLC | REDACTED 8217 | $1,583.43 |

| # | Name | EIN | Amount |
|---|------|-----|--------|
| 116 | STAR NANOTECH | REDACTED 3599 | $1,983.76 |
| 117 | STEEL BLADE MEDIA LLC | REDACTED 5951 | $32,717.19 |
| 118 | SUPPLEMENTS MEDIA LLC | REDACTED 9710 | $55,360.62 |
| 119 | SUPREME HEALTH USA LLC | REDACTED 5988 | $1,641.17 |
| 120 | TIME CREATIVE VENTURES LLC | REDACTED 1488 | $25,430.58 |
| 121 | TR2 WELLNESS LLC | REDACTED 7945 | $36,758.53 |
| 122 | UB VENTURES LLC | REDACTED 7027 | $47,535.24 |
| 123 | ULTRA LIVE HEALTH LLC | REDACTED 9091 | $3,946.00 |
| 124 | VIALE MEDIA LLC C/O SATURN MANAGEMENT | REDACTED 2370 | $8,914.86 |
| 125 | VIXEN VIRGIN HAIR INC | REDACTED 1670 | $1,216.92 |
| 126 | WELLNESS HOLDINGS LLC | REDACTED 7136 | $55,037.63 |
| 127 | WHITE GLASS MEDIA LLC | REDACTED 7768 | $24,391.89 |
| 128 | WHITE STORM GROUP LLC | REDACTED 3600 | $11,374.62 |
| 129 | ZEMELE SUPPLEMENTS LLC | REDACTED 7432 | $66,979.39 |
| 130 | ZEN HEALTH LLC | REDACTED 5661 | $2,327.82 |
| | | TOTAL | $4,815,369.94 |